

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 20, 1939

Mr. Dan W. Jackson
District Attorney
Harris County
Houston, Texas

Dear Mr. Jackson:

Opinion No. 0-504
Re: Construction of Article
2368a, Section 2

We have your letter of March 15, in which
you propound the following question:

"Will compliance with provisions of
city charter meet legal requirements of law
with respect to notice of bidders on public
projects in excess of $1,000.00?"

Article 2368a, Section 2, of the Revised
Civil Statutes, provides the method of giving notice to
bidders, the publication or advertisement thereof, the
furnishing of surety bonds by contractors and the manner
of letting such contract. In spite of the ambiguity of
the language, we think that the intention of the Legis-
lature is clear and that the provisions of a city's charter
relative to the giving of notice to bidders, and the manner
of advertising same, the securing of the execution of the
contract by the furnishing of a surety bond, and the manner
of letting a contract, should prevail, notwithstanding the
provisions of this Act. Its principal purpose in enacting
this law was to provide a method such as outlined above for
those cities which had not had theretofore such provisions
in their charter, and, obviously, where a city's charter
already provided the means of accomplishing the result, it
was determined by the Legislature that the charter provisions,
if in conflict with Section 2 of the Act, should be followed,
notwithstanding.

Accordingly, it is our opinion that if such provisions in a city charter have been followed, then such compliance meets all the legal requirements of law in that respect.

We have heretofore advised Mr. A. L. Lewis, Assistant City Attorney of the City of Houston, that such was our interpretation of this Section, and that the notice given in connection with the issuance of certain time warrants of the City of Houston was sufficient, inasmuch as that notice had been given in accordance with the charter provisions.

Assuring you of our continued cooperation, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Clarence E. Crowe_
Clarence E. Crowe
Assistant

CEC-s

Approved:

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS